BARBARA C. DAVIS, Respondent, *v.* VANWY P. MUSIL, Appellant.

Argued December 7, 1937; decided January 11, 1938.

*Edwin L. LaCrosse* and *John A. Bolles* for appellant.

*Mahlon A. Freeman* and *Norman C. Conklin* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.